UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG DAVID LIU,<br><br>　　Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM et al.,<br><br>　　Defendant. | Case No. 2:24-cv-08585-SB-GJS<br><br>ORDER TO SHOW CAUSE RE DISMISSAL |

　　In its order denying Plaintiff's ex parte application for a temporary restraining order, the Court found that Plaintiff had failed to establish standing to obtain the requested relief. Dkt. No. 24. The Court orders Plaintiff to show cause, in writing, by November 13, 2024, why this case should not be dismissed for lack of Article III standing.

Date: November 6, 2024　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge